UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>ASA LOGISTICS, INC. and ZUBAYDULLO ASADOV a/k/a ZUBAIDULLO ASADOV,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>Amount claimed: $132,105.70, plus prejudgment interest at the rate eighteen percent (18%) per annum, attorneys' fees and costs |

## **VERIFIED COMPLAINT**

NOW COMES Plaintiff U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION ("U.S. Bank"), by and through its counsel, and for its Verified Complaint against Defendants ASA LOGISTICS, INC. ("ASA Logistics") and ZUBAYDULLO ASADOV a/k/a ZUBAIDULLO ASADOV ("Asadov") (collectively the "Defendants"), states as follows:

## **THE PARTIES**

1. U.S. Bank is a national bank organized under the laws of the United States, with its main office in Minneapolis, Minnesota. U.S. Bank maintains its charter in the State of Ohio.

2. ASA Logistics is an Illinois corporation with its principal place of business located at 1276 Spaulding Rd. Bartlett, Illinois 60103.

3. Asadov is a citizen of the State of Illinois, who maintains domicile at 1716 Forest Cove Dr. Mount Prospect, Illinois 60056. Per the Illinois Secretary of State, Asadov is the President and Secretary of ASA Logistics. Asadov spells his name two different ways in the contractual documents.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) insomuch as the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (2), because a substantial part of the events or omissions giving rise to U.S. Bank's claims occurred in this judicial district, and because the Defendants reside in this judicial district.

## The Agreement

6. On or about October 30, 2018, ASA Logistics and non-party BMO Harris Bank N.A. ("BMO Harris") entered into Loan and Security Agreement No. XXXXXX6002 (the "Agreement"), wherein BMO Harris as lender, financed ASA Logistics' acquisition of certain equipment more specifically identified therein (the "Truck"). ASA Logistics, as borrower, granted BMO Harris a first priority security interest in the same. A true and correct copy of the Agreement is attached hereto as Exhibit 1.

7. To induce BMO Harris to enter into the Agreement, Asadov personally guaranteed ASA Logistics' obligations to BMO Harris under the Agreement pursuant to a Continuing Guaranty (the "Guaranty"). A true and correct copy of the Guaranty is attached hereto as Exhibit 2.

8. Pursuant to the Agreement, ASA Logistics agreed to make sixty (60) consecutive monthly payments of $2,910.46, plus applicable fees and costs. *See* Exhibit 1.

9. BMO Harris perfected its security interest in the Truck by recording its lien on the title to the Truck. A copy of the title to the Truck is attached hereto as Exhibit 3.

10. By a Portfolio Sale and Purchase Agreement dated December 22, 2017, BMO

Harris, as seller, and U.S. Bank, as purchaser, agreed from time to time to assign all of BMO Harris' right, title and interest under to certain commercial financing agreements to U.S. Bank. By Specification of Assigned Interest dated July 29, 2019 and subject to the aforementioned Portfolio Sale and Purchase Agreement, BMO Harris assigned all of its right title and interest in and to the Agreement, Guaranty, and Truck to U.S. Bank, as Assigned Account No. XXX-XXXXXX2-000. Following the portfolio purchase, BMO Harris continued its service the Agreement for a period of time.

11. On or about May 21, 2020, BMO Harris, as agent for U.S. Bank, and ASA Logistics entered into a lease modification to amend the amortization schedule under the Agreement. A true and correct copy of the modification is attached hereto as <u>Exhibit 4</u>.

**Payment Default**

12. U.S. Bank and its assignors performed all of their obligations under the Agreement.

13. ASA Logistics defaulted under the Agreement by failing to make all the payments due under the Agreement.

14. As a result of ASA Logistics' default under the Agreement, the balance due to U.S. Bank from ASA Logistics is $132,105.70, after crediting ASA Logistics for all payments received pursuant to the Agreement.

15. For the monies due under the Agreement, U.S. Bank is entitled to pre-judgment interest at the contractual rate of eighteen percent (18%) per annum continuing to accrue until judgment, or the maximum rate permitted by law. *See* Exhibit 1.

16. U.S. Bank is further entitled to attorneys' fees and costs pursuant to the Agreement. *Id*.

17. U.S. Bank sent a demand for payment and return of the Truck to ASA Logistics and Asadov.

18. The Defendants have failed and refused to respond to U.S. Bank's demand.

19. U.S. Bank estimates that the Truck has a fair market value of $66,000.00, depending on its condition.

## COUNT I
## BREACH OF CONTRACT AGAINST ASA LOGISTICS, INC.

20. U.S. Bank repeats and realleges paragraph 1 through 19 as though fully set forth herein.

21. ASA Logistics defaulted under the Agreement by failing to make all payments when due.

22. As a result of ASA Logistics' breach of the Agreement, U.S. Bank has suffered actual damages in the amount of $132,105.70, plus prejudgment interest at the rate of eighteen percent (18%) per annum from the date of default through the date of judgment, plus attorneys' fees and costs.

WHEREFORE, Plaintiff U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION respectfully requests that this Court enter Judgment in its favor and against ASA LOGISTICS, INC. in the amount of $132,105.70, plus prejudgment interest at the rate of eighteen percent (18%) per annum from the date of default through the date of judgment, and attorneys' fees and costs, as well as all other and further relief which this Court deems just.

## COUNT II
## BREACH OF GUARANTY AGAINST
## ZUBAYDULLO ASADOV a/k/a ZUBAIDULLO ASADOV

23. U.S. Bank repeats and realleges paragraph 1 through 22 as though fully set

4

forth herein.

24. Under the Guaranty, Asadov is indebted to U.S. Bank for the amounts due to U.S. Bank from ASA Logistics under the Agreement.

25. Asadov has failed to pay this amount - $132,105.70, plus interest, attorney fees and costs - to U.S. Bank.

26. Accordingly, Asadov has breached the Guaranty.

27. Due to Asadov's breach of the Guaranty, U.S. Bank has suffered actual damages in the amount of $132,105.70, plus prejudgment interest at the rate of eighteen percent (18%) per annum from the date of default through the date of judgment, plus attorneys' fees and costs.

WHEREFORE, Plaintiff U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION respectfully requests that this Court enter Judgment in its favor and against ZUBAYDULLO ASADOV a/k/a ZUBAIDULLO ASADOV, individually, in the amount of $132,105.70, plus prejudgment interest at the eighteen percent (18%) per annum from the date of default through the date of judgment, and attorneys' fees and costs, as well as all other and further relief which this Court deems just.

### COUNT III
### REPLEVIN AGAINST ASA LOGISTICS, INC.
### UNDER 735 Ill. Comp. Stat. § 5/19-101

28. U.S. Bank repeats and realleges paragraphs 1 through 27 as though fully set forth herein.

29. This claim is brought pursuant to 735 ILCS § 5/19-101, et seq., made applicable to this proceeding pursuant to 28 U.S.C. § 1652, for the collateral is located in Illinois.

30. Pursuant to the Agreement, U.S. Bank has a first priority security interest in the Truck.

31. ASA Logistics knew or should have known of BMO Harris' liens and security interests, which were subsequently assigned to U.S. Bank, when it took possession of the Truck.

32. U.S. Bank is entitled to possession of the Truck.

33. U.S. Bank has been unable to secure the Truck by peaceful means.

34. ASA Logistics is wrongfully and unlawfully detaining the Truck.

35. U.S. Bank has made demand upon ASA Logistics for the return of the Truck, but ASA Logistics has failed and refused to return same.

36. U.S. Bank will suffer irreparable damages if the Truck is not returned.

37. Upon information and belief, the Truck is located at 1276 Spaulding Rd. Bartlett, Illinois 60103.

38. The Fair Market Value of the Truck is $66,000.00, depending on its condition.

39. The Truck has not been taken for any tax, assessment, or fine levied by virtue of any law of this State, against the property of such plaintiff, or against him or her individually, nor seized under any lawful process against the goods and chattels of such plaintiff subject to such lawful process, nor held by virtue of any order for replevin against such plaintiff.

40. Due to ASA Logistics' wrongful detention of the Truck, U.S. Bank is entitled to a writ of replevin directing the US Marshal, or any other designated officer, to use all necessary force to repossess the Truck, or any portion thereof, from ASA Logistics, located at 1276 Spaulding Rd. Bartlett, Illinois 60103, or any other place where the Truck may be found. To the extent the Truck is not found, U.S. Bank is entitled to a judgment in the amount of the fair market value of the Truck.

WHEREFORE, Plaintiff U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION respectfully requests that this Court enter a writ of

replevin directing the US Marshal, or any other designated officer, to use all necessary force to repossess the Truck, or any portion thereof, from ASA Logistics at 1276 Spaulding Rd. Bartlett, Illinois 60103, or any other place where the Truck may be found; and enter judgment against ASA LOGISTICS, INC. for the value of the Truck not so returned, plus attorneys' fees and costs, as well as all other and further relief which this Court deems just.

## COUNT IV
## DETINUE AGAINST ASA LOGISTICS, INC. and
## ZUBAYDULLO ASADOV a/k/a ZUBAIDULLO ASADOV

41. U.S. Bank repeats and realleges paragraphs 1 through 40 as though fully set forth herein.

42. Upon information and belief, as President and Secretary of ASA Logistics, Asadov controls the day-to-day operations of ASA Logistics. Upon information and belief, based on Asadov's control of ASA Logistics, he has the power to surrender the Truck.

43. ASA Logistics and Asadov are wrongfully retaining possession of the Truck, because ASA Logistics and Asadov have actual knowledge of BMO Harris' lien and security interest, which was subsequently assigned to U.S. Bank, at the time when ASA Logistics came into possession of the Truck.

44. U.S. Bank's right to possession of the Truck is superior to the rights ASA Logistics and Asadov.

45. U.S. Bank is entitled to an order directing ASA Logistics and Asadov to turn over the Truck within seven (7) calendar days, or such other reasonable time period as the Court may determine.

WHEREFORE, Plaintiff U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION respectfully requests that the Court enter an order

7

compelling ASA LOGISTICS, INC. and ZUBAYDULLO ASADOV, jointly and severally, to surrender the Truck to U.S. Bank at a place and time directed by U.S. Bank within seven (7) days of this Court's entry of judgment, as well as all other relief this Court deems just.

        U.S. BANK EQUIPMENT FINANCE, a division of
        U.S. BANK NATIONAL ASSOCIATION,

        By:   /s/ Taryn H. Hill
        D. Alexander Darcy (ARDC#: 06220515)
        Taryn H. Hill (ARDC # 6332808)
        ASKOUNIS & DARCY, PC
        444 North Michigan Avenue Suite 3270
        Chicago, IL 60611
        (312) 784-2400 (t)
        (312) 784-2410 (f)
        adarcy@askounisdarcy.com
        thill@askounisdarcy.com

## **VERIFICATION**

      Under penalties as provided by law, the undersigned certifies that the statements set forth in the Complaint are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certified as aforesaid that he verily believes the same to be true.

*Terrica Vorvick*                                             August 26, 2021
Terrica Vorvick                                                        Date
Loss Mitigation Specialist
U.S. Bank Equipment Finance